| | |
|---|---|
| 1 | COOLEY LLP<br>MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com) |
| 2 | DARCIE A. TILLY (239715) (dtilly@cooley.com)<br>4401 Eastgate Mall |
| 3 | San Diego, CA 92121<br>Telephone: (858) 550-6000 |
| 4 | Facsimile: (858) 550-6420 |
| 5 | COOLEY LLP<br>PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| 6 | BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)<br>3175 Hanover Street |
| 7 | Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000 |
| 8 | Facsimile: (650) 849-7400 |
| 9 | Attorneys for Defendant<br>Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONN MORGAN, LYDIA ZEPEDA, SOPHIA IVY, KELLY OKOROCHA, and JENNIFER ZIELINSKI, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:17-cv-5277-RS<br><br>**STIPULATION AND [P<s>ROPOSED</s>] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 Plaintiffs Deonn Morgan, Lydia Zepeda, Sophia Ivy, Kelly Okorocha, and Jennifer Zielinski ("Plaintiffs") and Defendant Apple Inc. ("Defendant"), by and through their respective counsel hereby agree and stipulate that good cause exists to request an order from the Court setting the below briefing schedule on Apple's anticipated Motion to Dismiss the Complaint and rescheduling the initial Case Management Conference currently set in this action for December 12, 2017 to March 1, 2018, and to adjust accordingly the related deadlines as set forth below:

WHEREAS, Plaintiffs filed their initial complaint (ECF No. 1) on September 12, 2017.

WHEREAS, Plaintiffs filed a corrected complaint on September 13, 2017 ((ECF No. 3-1) the "Complaint")

WHEREAS, on September 14, 2017, the Court issued an order setting the initial Case Management Conference and ADR deadlines, which set forth the following:

| Date | Event |
| --- | --- |
| November 21, 2017 | Last day to:<br>meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | File ADR Certification by parties and counsel |
| | File either stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| December 5, 2017 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| December 12, 2017 | Initial Case Management Conference |

WHEREAS, Apple's response to the Complaint is currently due on November 27, 2017, which is the Monday after the Thanksgiving holiday;

WHEREAS, the parties agree that in light of the Thanksgiving holiday, Apple's deadline to respond to the Complaint should be extended to December 1, 2017;

WHEREAS, Apple intends to file a motion to dismiss the Complaint;

WHEREAS, the parties met and conferred regarding a hearing date after checking the Court's calendar to determine the Court's availability;

WHEREAS, based on the Court's calendar, the parties agreed that the hearing date on

2.

Apple's Motion to Dismiss should be set for March 1, 2017;

WHEREAS, in light of the agreed upon hearing date and the upcoming Court holidays and the parties' and their respective counsels' related travel schedules, the parties agreed on the briefing schedule set forth below;

WHEREAS, the parties agree that to conserve judicial and party resources, the initial Case Management Conference should be the same day as the hearing on Apple's Motion to Dismiss;

WHEREAS, the parties agree, in light of the above, that the following schedule should be set:

| Date | Event |
| --- | --- |
| December 1, 2017 | Apple's Motion to Dismiss the Complaint |
| January 12, 2018 | Plaintiffs' Opposition to Apple's Motion to Dismiss |
| February 8, 2018 | Apple's Reply in support of its Motion to Dismiss |
| February 9, 2018 | Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| February 9, 2018 | File ADR Certification by parties and counsel |
| February 9, 2018 | File either stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 22, 2018 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| March 1, 2018 | Initial Case Management Conference and Hearing on Apple's Motion to Dismiss the Complaint |

WHEREAS this stipulation shall not be deemed a waiver of any rights or defenses by any party, including, but not limited to, the right of Apple to raise jurisdiction issues or to file any motions to dismiss or motions, the right to object to any discovery requests on any grounds, and this stipulation shall in no way constitute an appearance for the purpose of personal jurisdiction over any party;

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the parties, through their respective counsel:

The following deadlines will be set in this action:

| Date | Event |
| --- | --- |
| December 1, 2017 | Apple's Motion to Dismiss the Complaint |
| January 12, 2018 | Plaintiffs' Opposition to Apple's Motion to Dismiss |

| | |
|---|---|
| February 8, 2018 | Apple's Reply in support of its Motion to Dismiss |
| February 9, 2018 | Last day to:<br>meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | File ADR Certification by parties and counsel |
| | File either stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 22, 2018 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| March 1, 2018 | Initial Case Management Conference and Hearing on Apple's Motion to Dismiss the Complaint |

**IT IS SO STIPULATED.**

Date: November 20, 2017                COOLEY LLP


By:/s/Michelle C. Doolin
      Michelle C. Doolin (179445)

Attorneys for Defendant Apple Inc.

Dated: November 20, 2017         TYCKO & ZAVAREEI LLP


By: /s/Hassan A. Zavareei
    Hassan A. Zavareei (181547)

Hassan A. Zavareei (181547)
Sophia J. Goren (307971)
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone:  (202) 973-0900
Facsimile:  (202) 973-0950
eMail:      hzavareei@tzlegal.com
            sgoren@tzlegal.com

Annick Persinger (272996)
483 Ninth St, Suite 200
Oakland, CA 94607
Telephone:  (510) 254-6808
Facsimile:  (202) 973-0950
eMail:      apersinger@tzlegal.com

E. Powell Miller (pro hac vice forthcoming)
Mahde Abdallah (pro hac vice forthcoming)
Sharon S. Almonrode (pro hac vice forthcoming)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone:  (248) 841-2200
Facsimile:  (248) 652-2852
eMail:      epm@millerlawpc.com
            mya@millerlawpc.com
            ssa@millerlawpc.com

Gregory F. Coleman (pro hac vice forthcoming)
Adam A. Edwards (pro hac vice forthcoming)
Mark E. Silvey (pro hac vice forthcoming)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone:  (865) 247-0080
eMail:      adam@gregcolemanlaw.com
            greg@gregcolemanlaw.com
            mark@gregcolemanlaw.com

Attorneys for Plaintiffs and the Putative Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 11/20, 2017

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

154062716