COOLEY LLP
MICHELLE C. DOOLIN (179445) (mdoolin@cooley.com)
DARCIE A. TILLY (239715) (dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEONN MORGAN, LYDIA ZEPEDA, SOPHIA IVY, KELLY OKOROCHA, and JENNIFER ZIELINSKI, CHRISTOPHER BIZZELLE, AND DANA RODENBECK individually and on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 4:17-cv-5277-RS

**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**

Judge: Hon. Richard Seeborg

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 Plaintiffs Deonn Morgan, Lydia Zepeda, Sophia Ivy, Kelly Okorocha, Jennifer Zielinski, Christopher Bizzelle, and Dana Rodenbeck ("Plaintiffs") and Defendant Apple Inc. ("Defendant"), by and through their respective counsel hereby agree and stipulate that good cause exists to request an order from the Court setting the below briefing schedule on Apple's anticipated Motion to Dismiss the First Amended Class Action Complaint ("FAC") and rescheduling the initial Case Management Conference currently set in this

action for March 1, 2018 to April 19, 2018, and to adjust accordingly the related deadlines as set forth below:

WHEREAS, Plaintiffs filed their initial complaint (ECF No. 1) on September 12, 2017;

WHEREAS, Plaintiffs filed a corrected complaint on September 13, 2017 ((ECF No. 3-1) the "Complaint");

WHEREAS, on November 20, 2018, the Court entered an order (ECF No. 24) setting the following schedule:

| Date | Event |
|---|---|
| December 1, 2017 | Apple's Motion to Dismiss the Complaint |
| January 12, 2018 | Plaintiffs' Opposition to Apple's Motion to Dismiss |
| February 8, 2018 | Apple's Reply in support of its Motion to Dismiss |
| February 9, 2018 | Last day to:<br>meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | File ADR Certification by parties and counsel |
| | File either stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 22, 2018 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| March 1, 2018 | Initial Case Management Conference and Hearing on Apple's Motion to Dismiss the Complaint |

WHEREAS, on December 1, 2017, Defendant filed a Motion to Dismiss the Complaint (ECF 26);

WHEREAS, on December 20, 2017, Plaintiffs filed the FAC (ECF No. 28), adding *inter alia* plaintiffs Bizzelle and Rosenbeck in addition to new causes of action;

Apple's response to the FAC is currently due on January 3, 2018, which is right after Court holidays;

WHEREAS, the parties agree that in light of the upcoming Court holidays and given that Plaintiffs added two new plaintiffs and new causes of action, Apple's deadline to respond to the FAC should be extended to January 24, 2018;

WHEREAS, Apple intends to file a motion to dismiss the FAC;

WHEREAS, the parties met and conferred regarding a hearing date after checking the Court's calendar to determine the Court's availability;

WHEREAS, based on the Court's calendar, the parties agreed that the hearing date on Apple's Motion to Dismiss should be set for April 19, 2018;

WHEREAS, in light of the agreed upon hearing date and the upcoming Court holidays and the parties' and their respective counsels' related travel schedules, the parties agreed on the briefing schedule set forth below;

WHEREAS, the parties agree that to conserve judicial and party resources, the initial Case Management Conference should be the same day as the hearing on Apple's Motion to Dismiss;

WHEREAS, the parties agree, in light of the above, that the following schedule should be set:

| Date | Event |
| --- | --- |
| January 24, 2018 | Apple's Motion to Dismiss the FAC |
| February 21, 2018 | Plaintiffs' Opposition to Apple's Motion to Dismiss |
| March 14, 2018 | Apple's Reply in support of its Motion to Dismiss |
| March 22, 2018 | Last day to:<br>meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | File ADR Certification by parties and counsel |
| | File either stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| April 5, 2018 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| April 19, 2018 | Initial Case Management Conference and Hearing on Apple's Motion to Dismiss the FAC |

WHEREAS this stipulation shall not be deemed a waiver of any rights or defenses by any party, including, but not limited to, the right of Apple to raise jurisdiction issues or to file any motions to dismiss or motions, the right to object to any discovery requests on any grounds, and this stipulation shall in no way constitute an appearance for the purpose of personal jurisdiction over any party;

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the parties, through their respective counsel:

The following deadlines will be set in this action:

| Date | Event |
|---|---|
| January 24, 2018 | Apple's Motion to Dismiss the FAC |
| February 21, 2018 | Plaintiffs' Opposition to Apple's Motion to Dismiss |
| March 14, 2018 | Apple's Reply in support of its Motion to Dismiss |
| March 22, 2018 | Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | File ADR Certification by parties and counsel |
| | File either stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| April 5, 2018 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| April 19, 2018 | Initial Case Management Conference and Hearing on Apple's Motion to Dismiss the FAC |

**IT IS SO STIPULATED.**

Date: December 28, 2017

COOLEY LLP

By: s/ Michelle C. Doolin
Michelle C. Doolin (179445)

Attorneys for Defendant Apple Inc.

Dated: December 28, 2017

TYCKO & ZAVAREEI LLP

By: s/Hassan A. Zavareei
Hassan A. Zavareei (181547)

Hassan A. Zavareei (181547)
Sophia J. Goren (307971)
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
eMail: hzavareei@tzlegal.com
sgoren@tzlegal.com

[counsel continued on the next page]

Annick Persinger (272996)
483 Ninth St, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
eMail: apersinger@tzlegal.com

E. Powell Miller (pro hac vice forthcoming)
Mahde Abdallah (pro hac vice forthcoming)
Sharon S. Almonrode (pro hac vice forthcoming)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
eMail: epm@millerlawpc.com
mya@millerlawpc.com
ssa@millerlawpc.com

Gregory F. Coleman (pro hac vice forthcoming)
Adam A. Edwards (pro hac vice forthcoming)
Mark E. Silvey (pro hac vice forthcoming)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
eMail: adam@gregcolemanlaw.com
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com

Attorneys for Plaintiffs and the Putative Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 12/29, 2017

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE