UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONN MORGAN, et al.,<br>   Plaintiffs,<br>  v.<br>APPLE INC.,<br>   Defendant. | Case No. 17-cv-05277-RS<br><br>**STANBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 12, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 19, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 16, 2020

                _____
                Richard Seeborg
                United States District Judge