| | |
|---|---|
| **TYCKO & ZAVAREEI LLP**<br>HASSAN A. ZAVAREEI (181547)<br>(hzavareei@tzlegal.com)<br>1828 L Street, NW, Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>**TYCKO & ZAVAREEI LLP**<br>ANNICK PERSINGER (272996)<br>(apersinger@tzlegal.com)<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Telephone: (510) 254-6808<br>Facsimile: (202) 973-0950<br><br>Counsel for Plaintiffs<br><br>Additional Counsel for Plaintiffs Listed on Signature Page | **COOLEY LLP**<br>MICHELLE C. DOOLIN (179445)<br>(mdoolin@cooley.com)<br>DARCIE A. TILLY (239715)<br>(dtilly@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>**COOLEY LLP**<br>PATRICK E. GIBBS (183174)<br>(pgibbs@cooley.com)<br>BRETT H. DE JARNETTE (292919)<br>(bdejarnette@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONN MORGAN, LYDIA ZEPEDA, SOPHIA IVY, KELLY OKOROCHA, and JENNIFER ZIELINSKI, CHRISTOPHER BIZZELLE, AND DANA RODENBECK individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:17-cv-5277-RS<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE TO FILE STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12 Plaintiffs Deonn Morgan, Lydia Zepeda, Sophia Ivy, Kelly Okorocha, Jennifer Zielinski, Christopher Bizzelle, and Dana Rodenbeck ("Plaintiffs") and Defendant Apple Inc. ("Defendant"), by and through their respective counsel hereby jointly agree and stipulate that good cause exists to briefly extend the Parties' deadline to file a stipulation of dismissal, as set forth below:

WHEREAS, Plaintiffs filed their initial complaint (ECF No. 1) on September 12, 2017;

WHEREAS, on January 9, 2020, the parties notified the Court that they had reached a preliminary settlement in a case captioned *Simmons v. Apple Inc.*, No. 17CV312251, in the Superior Court of the State of California, County of Santa Clara, in which the parties are represented by the same counsel of record in this case, which would result in the dismissal of this matter; and

WHEREAS, the Court ordered the parties to file a stipulation of dismissal by no later than March 12, 2020, or to appear on March 19, 2020, to show cause why the case should not be dismissed; and

WHEREAS, due to the parties' ongoing discussions regarding the details of the *Simmons* class settlement, including the form of class notice, the parties were forced to delay filing dismissals in this matter; and

WHEREAS, the motion for preliminary approval of the *Simmons* class settlement will be filed with the Santa Clara County Superior Court by March 20, 2020;

WHEREAS, the parties have agreed that a brief extension of time is warranted and that the parties will be able to file a stipulation of dismissal by no later than April 10, 2020.

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the parties, through their respective counsel:

The deadline for the Parties to file the stipulation of dismissal is extended until April 10, 2020.

**IT IS SO STIPULATED.**

Dated: March 12, 2020  TYCKO & ZAVAREEI LLP


By: s/Hassan A. Zavareei
    Hassan A. Zavareei (181547)

Hassan A. Zavareei (181547)
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile:  (202) 973-0950
eMail:      hzavareei@tzlegal.com

Annick Persinger (272996)
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile:  (202) 973-0950
eMail:      apersinger@tzlegal.com

E. Powell Miller (pro hac vice forthcoming)
Mahde Abdallah (pro hac vice forthcoming)
Sharon S. Almonrode (pro hac vice forthcoming)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile:  (248) 652-2852
eMail:      epm@millerlawpc.com
            mya@millerlawpc.com
            ssa@millerlawpc.com

Gregory F. Coleman (pro hac vice forthcoming)
Adam A. Edwards (pro hac vice forthcoming)
Mark E. Silvey (pro hac vice forthcoming)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
eMail:      adam@gregcolemanlaw.com
            greg@gregcolemanlaw.com
            mark@gregcolemanlaw.com

Attorneys for Plaintiffs and the Putative Class

Date: March 12, 2020                             COOLEY LLP


                                                 By: s/ Michelle C. Doolin
                                                     Michelle C. Doolin (179445)

                                                 Attorneys for Defendant Apple Inc.

                        ATTORNEY ATTESTATION

I, Hassan A. Zavareei, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with L.R. 5-1, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                           /s/ Hassan A. Zavareei
                                          Hassan A. Zavareei


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 13_____, 2020    _____
                                 THE HONORABLE RICHARD SEEBORG
                                 UNITED STATES DISTRICT JUDGE