1  **TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI (181547)
2  (hzavareei@tzlegal.com)
1828 L Street, NW, Suite 1000
3  Washington, DC  20036
Telephone: (202) 973-0900
4  Facsimile: (202) 973-0950

5  **TYCKO & ZAVAREEI LLP**
ANNICK PERSINGER (272996)
6  (apersinger@tzlegal.com)
483 Ninth St, Suite 200
7  Oakland, CA 94607
Telephone: (510) 254-6808
8  Facsimile: (202) 973-0950

9  Counsel for Plaintiffs

10  Additional Counsel for Plaintiffs Listed on
Signature Page

11

12

**COOLEY LLP**
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

**COOLEY LLP**
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendant
Apple Inc.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16  DEONN MORGAN, LYDIA ZEPEDA,
SOPHIA IVY, KELLY OKOROCHA, and
JENNIFER ZIELINSKI, CHRISTOPHER
17  BIZZELLE, AND DANA RODENBECK
individually and on behalf of themselves and
18  all others similarly situated,

19              Plaintiffs,

20      v.

21  APPLE INC.,

22              Defendant.

Case No. 4:17-cv-5277-RS

**STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FRCP
41(a)(1)(A)(ii)**

Judge:      Hon. Richard Seeborg

23

24      IT IS HEREBY STIPULATED AND AGREED by and between the parties, on the one

25  hand Plaintiffs Deonn Morgan, Lydia Zepeda, Sophia Ivy, Kelly Okorocha, Jennifer Zielinski,

26  Christopher Bizzelle, and Dana Rodenbeck (collectively "Plaintiffs"), and on the other hand

27  Defendant Apple Inc., by and through their undersigned counsel of record, that the above-captioned

28

1  action is voluntarily dismissed WITH PREJUDICE as to Plaintiffs' claims in their individual

2  capacity, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3  Dated: _4/10/2020_____                    Respectfully submitted,

4
                                                    /s/ *Hassan A. Zavareei*
5                                                   Hassan A. Zavareei (CA Bar No. 181547)
                                                    **TYCKO & ZAVAREEI LLP**
6                                                   1828 L Street, NW, Suite 1000
                                                    Washington, DC  20036
7                                                   Telephone: (202) 973-0900
                                                    Facsimile: (202) 973-0950
8                                                   hzavareei@tzlegal.com

9
                                                    Annick Persinger (CA Bar No. 272996)
10                                                  **TYCKO & ZAVAREEI LLP**
                                                    1970 Broadway, Suite 1070
11                                                  Oakland, CA 94612
                                                    Telephone: (510) 254-6808
12                                                  Facsimile: (202) 973-0950
                                                    apersinger@tzlegal.com
13

14                                                  E. Powell Miller (*pro hac vice*)
                                                    Sharon S. Almonrode (*pro hac vice*)
15                                                  Mahde Y. Abdallah  (*pro hac vice*)
                                                    **THE MILLER LAW FIRM, P.C.**
16                                                  950 West University Drive, Suite 300
                                                    Rochester, Michigan 48307
17                                                  248.841.2200
                                                    248.652.2852 *facsimile*
18                                                  epm@miller.law
                                                    ssa@millerlawpc.com
19                                                  mya@millerlawpc.com

20                                                  Greg F. Coleman (*pro hac vice*)
                                                    Adam A. Edwards (*pro hac vice*)
21                                                  Mark E. Silvey (*pro hac vice*)
                                                    **GREG COLEMAN LAW**
22                                                  First Tennessee Plaza
                                                    800 S. Gay Street, Suite 1100
23                                                  Knoxville, TN 37929
                                                    (865) 247-0080
24                                                  greg@gregcolemanlaw.com
                                                    adam@gregcolemanlaw.com
25                                                  mark@gregcolemanlaw.com

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Plaintiffs and the putative class*

*/s/ Michelle C. Doolin*
Michelle C. Doolin (179445)

**COOLEY LLP**
Darcie A. Tilly (239715)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420
mdoolin@cooley.com
dtilly@cooley.com

Patrick E. Gibbs (183174)
Brett H. De Jarnette (292919)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400
pgibbs@cooley.com
bdejarnette@cooley.com

Attorneys for Defendant APPLE INC.

3.